IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annisa Mary Lebeduik | Debtor(s) | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | Movant | NO. 19-15404 MDC |
| vs. | | |
| Annisa Mary Lebeduik | Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq. | Trustee | |

## ORDER

AND NOW, this 4th day of December, 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1817 East Greenleaf Street, Allentown, PA 18109 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Annisa Mary Lebeduik
1817 East Greenleaf Street
Allentown, PA 18109

Patrick James Best,
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532