United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Annisa Mary Lebeduik  
    Debtor

Case No. 19-15404-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 04, 2019  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
```
db              +Annisa Mary Lebeduik,    1817 East Greenleaf Street,    Allentown, PA 18109-2337
14412043        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          PATRICK J. BEST    on behalf of Debtor Annisa Mary Lebeduik patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annisa Mary Lebeduik<br>　　　　　　　　　　Debtor(s) | | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　Movant<br>vs. | | NO. 19-15404 MDC |
| Annisa Mary Lebeduik<br>　　　　　　　　　　Debtor(s) | | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>　　　　　　　　　　Trustee | | |

## ORDER

AND NOW, this 4th day of December, 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1817 East Greenleaf Street, Allentown, PA 18109 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

Annisa Mary Lebeduik
1817 East Greenleaf Street
Allentown, PA 18109

Patrick James Best,
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532