United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-15404-mdc
Annisa Mary Lebeduik                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 2          Date Rcvd: Dec 27, 2019
                             Form ID: 318          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db           +Annisa Mary Lebeduik,    1817 East Greenleaf Street,    Allentown, PA 18109-2337
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14381130     +Freedom Debt Relief,    PO Box 2330,    Phoenix, AZ 85002-2330
14381136      Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
14381145     +Tiffany Huffman,    1817 East Greenleaf Street,    Allentown, PA 18109-2337
14381146     +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QLEFELDMAN.COM Dec 28 2019 07:28:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:35:32
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2019 02:35:44      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14381123     +E-mail/Text: backoffice@affirm.com Dec 28 2019 02:36:03      Affirm Inc,
              650 California St Fl 12,    San Francisco, CA 94108-2716
14381124     +EDI: CAPITALONE.COM Dec 28 2019 07:28:00      CapitalOne,   PO Box 30285,
              Salt Lake City, UT 84130-0285
14381125     +EDI: WFNNB.COM Dec 28 2019 07:28:00      Comenity Bank/Torrid,    Po Box 182789,
              Columbus, OH 43218-2789
14381126     +EDI: WFNNB.COM Dec 28 2019 07:28:00      Comenitybank/Hottopic,    Po Box 182789,
              Columbus, OH 43218-2789
14381127     +EDI: WFNNB.COM Dec 28 2019 07:28:00      Comenitybk/Fullbeauty,    Po Box 182789,
              Columbus, OH 43218-2789
14381128     +EDI: WFNNB.COM Dec 28 2019 07:28:00      Comenitycb/Boscov,    Po Box 182120,
              Columbus, OH 43218-2120
14381129     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 28 2019 02:39:39      Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
14381132      E-mail/Text: bankruptcy@glsllc.com Dec 28 2019 02:33:48      Global Lending Service,
              1200 Brookfield Blvd Ste,    Greenville, SC 29607
14381131     +EDI: PHINGENESIS Dec 28 2019 07:28:00      Gbs/First Electronic B,    Po Box 4499,
              Beaverton, OR 97076-4499
14381133     +EDI: CBSMASON Dec 28 2019 07:28:00      Masseys,    1251 1st Ave,    Chippewa Falls, WI 54729-1677
14381134      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 28 2019 02:39:53      Merrick Bank,
              PO Box 9201,    Old Bethpage, NY 11804-9001
14381137      EDI: AGFINANCE.COM Dec 28 2019 07:28:00      OneMain Financial,    PO Box 64,
              Evansville, IN 47701-0064
14381138      EDI: RMSC.COM Dec 28 2019 07:28:00      PayPal Master Card,    Po Box 960080,
              Orlando, FL 32896-0080
14381139      EDI: RMSC.COM Dec 28 2019 07:28:00      Paypal,    PO Box 960006,    Orlando, FL 32896-0006
14381140     +EDI: RMSC.COM Dec 28 2019 07:28:00      Syncb/Ppmc,    Po Box 965005,    Orlando, FL 32896-5005
14381141     +EDI: RMSC.COM Dec 28 2019 07:28:00      Syncb/Qvc,    Po Box 965018,    Orlando, FL 32896-5018
14381142     +EDI: RMSC.COM Dec 28 2019 07:28:00      Syncb/Sams Club,    Po Box 965005,
              Orlando, FL 32896-5005
14381143     +EDI: RMSC.COM Dec 28 2019 07:28:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
14382054     +EDI: RMSC.COM Dec 28 2019 07:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
14381144     +EDI: WTRRNBANK.COM Dec 28 2019 07:28:00      Td Bank Usa/Targetcred,    Po Box 673,
              Minneapolis, MN 55440-0673
                                                                                 TOTAL: 23


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14381135*    +Merrick Bank Corp,    Po Box 9201,    Old Bethpage, NY 11804-9001
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4        User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2019
                           Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          PATRICK J. BEST    on behalf of Debtor Annisa Mary Lebeduik patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
          om
          REBECCA ANN SOLARZ   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Annisa Mary Lebeduik** | Social Security number or ITIN    **xxx–xx–1564** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | |
| Case number:    **19–15404–mdc** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Annisa Mary Lebeduik

<u>12/26/19</u>

**By the court:** <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---